IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30239
Summary Calendar

_____

JEAN FRITZNER LAFONTANT,

Petitioner-Appellant,

versus

JOHN B.Z. CAPLINGER,

Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 96-CV-999
- - - - - - - - - -
August 4, 1997
Before DUHE', DeMOSS and DENNIS, Circuit Judges.

PER CURIAM:[*]

Jean Fritzner Lafontant, a citizen of Haiti, has been
detained by the Immigration and Naturalization (INS) during the
pendency of deportation proceedings, which he has opposed.
Lafontant now appeals the district court's dismissal, without
prejudice, of his petition for habeas corpus seeking his release
from INS custody.  The district court did not reversibly err by
so holding, on grounds that Lafontant has failed to exhaust his
administrative remedies relative to the said detention.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

AFFIRMED.